■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL IDELFONSO, Appellant. [948 NYS2d 563]

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Rivera, J.P., Eng, Lott and Cohen, JJ., concur.